UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN MIKOLOWSKI,

       Plaintiff,                              Case No. 2:17-cv-00137-RJJ-TPG

v.

91ST DISTRICT COURT, et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Sarah Howard

RE:  Exhibit – #5 **[omitted case caption on page 1 of the Exhibit (which also was not labeled)]**

REASON FOR NOTICE:   The filed document appears to be missing one or more pages.

RECOMMENDED ACTION:   A corrected document should be filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

INFORMATION FOR FUTURE REFERENCE:   It is recommended that users right-click the PDF file name to open the document prior to upload. This provides an opportunity to view the document about to be filed, and ensure that it is complete.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                      CLERK OF COURT

Dated:  August 23, 2017        By:   /s/ Carole E. Poggi
                                                   Deputy Clerk