UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Ann Mikolowski

        Plaintiff,        Case No. 2:17-cv-137

v.        HON. ROBERT J. JONKER

91st District Court, et al

        Defendants.
_____/

**ORDER REGARDING DISMISSAL PAPERWORK**

The parties have advised the undersigned that they have reached a settlement in this matter;

IT IS HEREBY ORDERED that a proposed stipulation for dismissal be filed by August 24, 2018;

IT IS FURTHER ORDERED that if the stipulation is not filed by that date, a status conference will be held on August 30, 2018 at 10:30 a.m. in Marquette, Michigan.

IT IS ORDERED


Dated:  July 25, 2018         */s/ Timothy P. Greeley*
        TIMOTHY P. GREELEY
        U.S. MAGISTRATE JUDGE