IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANN MIKOLOWSKI,<br><br>    Plaintiff,<br><br>v<br><br>91ST DISTRICT COURT and JUDGE ERIC G. BLUBAUGH, in his official and individual capacities,<br><br>    Defendants. | HON. ROBERT J. JONKER<br>U.S. DISTRICT COURT JUDGE<br><br>FILE NO. 2:17-cv-137-RJJ-TPG<br><br>MAGISTRATE JUDGE TIMOTHY P. GREELEY |

_____/

| | |
|---|---|
| Sarah R. Howard (P58531)<br>Erin Dornbos (P80834)<br>PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Ste. 805<br>McKay Tower<br>Grand Rapids, MI 49503<br>(616) 451-8496/(616) 451-9850 Fax<br>showard@psfklaw.com<br>edornbos@psfklaw.com | Gregory R. Grant (P68808)<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorneys for Defendants<br>310 W. Front Street, Ste. 221<br>Traverse City, MI 49684<br>(231) 922-1888/(231) 922-9888 Fax<br>ggrant@cmda-law.com |

_____/

## STIPULATION AND ORDER FOR DISMISSAL

NOW COME the parties herein, by and through their respective counsel, and hereby stipulate and agree that Defendants, 91ST DISTRICT COURT and JUDGE ERIC G.

BLUBAUGH, shall be dismissed from this lawsuit with prejudice, without costs and without attorney fees to any party. This resolves the last pending claims and closes the case.

Dated: September 20, 2018

PINSKY, SMITH, FAYETTE & KENNEDY, LLP

*Sarah R. Howard*

Sarah R. Howard (P58531)
Erin Dornbos (P80834)
Attorneys for Plaintiff

Dated: September 21, 2018

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Gregory R. Grant (P68808)
Attorneys for Defendants

## ORDER OF DISMISSAL

At a session of said Court held on the 24th day of September, 2018

Having read and filed the above Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiff's Complaint and all amendments thereto, as to Defendants, 91ST DISTRICT COURT and JUDGE ERIC G. BLUBAUGH, be and the same hereby are dismissed with prejudice, without costs and without attorney fees to any party. This resolves the last pending claim and closes the case.

Dated: September 24, 2018

/s/ Robert J. Jonker
Robert J. Jonker
Chief United States District Judge

2